UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF ONONDAGA, et al.,<br><br>　　　　Defendants | Case No. 2:25-cv-01182-CDS-EJY<br><br>**ORDER** |

　　　Pending before the Court is Plaintiff's Initiating Documents.  ECF No. 1-1.  Plaintiff did not pay the $405 filing fee; nor did he file an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action in federal court.  Further, Plaintiff must use the Court's approved complaint form or must include in an alternative form substantially all the information called for by the Court's form when initiating a civil rights lawsuit in the District of Nevada.  Local Rule LSR 2-1.

　　　Accordingly, IT IS HEREBY ORDERED that on or before **November 24, 2025**, Plaintiff **must** either pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* together with a Complaint on the Court's approved form.

　　　IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

　　　IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

　　　Dated this 23rd day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE