UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF ONONDAGA, et al.,<br><br>            Defendants. | Case No. 2:25-cv-01182-CDS-EJY<br><br>**REPORT AND RECOMMENDATION** |

This action commenced on June 30, 2025 when Plaintiff, proceeding *pro se*, submitted initiating documents. ECF No. 1-1. Plaintiff filed neither a Complaint nor an Application to Proceed *in forma pauperis* ("IFP"). *Id.* Plaintiff also did not pay the filing fee necessary to commence a civil action. On October 23, 2025, the Court issued an Order giving Plaintiff through and including November 24, 2025 to file a Complaint on the Court's form together with the filing fee or a complete IFP application by a non prisoner. ECF No. 3. The Court explained that failure to comply with the Order would result in a recommendation to dismiss this action without prejudice. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 13th day of January, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections

within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).